IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 12-cr-00166-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM M. ROGERS,

    Defendant.

_____

**ORDER**
_____

Upon consideration of the government's Unopposed Motion to Disclose Copies of Grand Jury Materials **(#31)** under Specified Conditions to the Attorney for the Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

**ORDERED** that the Motion is **GRANTED** and the attorney for the government is authorized to disclose to the attorneys for the defendant copies of the transcript of testimony given by a witness before the grand jury, and accompanying exhibits, to the attorneys for the defendant.

**IT IS FURTHER ORDERED** that:

1. Defense counsel make only such copies as are necessary to prepare a defense of the criminal case;

2. Defense counsel keep a written record concerning how many copies were made,

to whom those copies were delivered, and the date of delivery;

3. Defense counsel, when delivering those copies, also deliver to the recipients a copy of any Order permitting the disclosure;

4. Defense counsel provide the defendant with reasonable access to the grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials;

5. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

6. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and destroy them.

DATED this 18th day of July, 2012.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge