IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00166-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     WILLIAM M. ROGERS, JR.,

       Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned has familiarity and interest in the matters referred to in restricted documents filed in this case. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 28th day of January, 2013.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        Chief United States District Judge