IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case: 12-cr-00166-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     WILLIAM M. ROGERS, JR.,

      Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR RETURN PASSPORT**
_____

This matter is before the Court on the Defendant's Unopposed Motion for Return of Passport filed March 13, 2013 (ECF No. 90). The Court having reviewed the Motion, and finding good cause exists to grant the relief requested therein, hereby ORDERS as follows:

The Defendant's Unopposed Motion is GRANTED. The Clerk of the Court is DIRECTED to release Mr. Rogers passport to Defense Counsel Joseph H. Thibodeau for safekeeping. Defendant's Passport shall be released to the Defendant upon completion of his custodial sentence.

Dated this 14th day of March, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge